IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEREK SMITH,<br><br>      Plaintiff,<br><br>vs.<br><br>AAR AIRCRAFT SERVICES,<br><br>      Defendant. | CAUSE NO. 1:20-cv-311-JMS-DML<br><br>Judge:  Jane Magnus-Stinson<br><br>Magistrate: Debra McVicker Lynch |

### ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Derek Smith and Defendant AAR Aircraft Services, Inc. (collectively the "Parties"), by their respective counsel, having filed their Joint Stipulation to Dismiss With Prejudice (the "Stipulation"), and the Court being duly advised of the same, hereby GRANTS said Stipulation [44].

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Stipulation is hereby APPROVED. All pending claims are dismissed with prejudice, with each party to pay its own fees and costs.

SO ORDERED.

Date: 4/13/2021

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel
of record via e-mail generated
by the Court's ECF system